IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSE M. HOWE,

    Plaintiff,

v.

RACINE COUNTY JAIL SHERIFF
DEPARTMENT,

    Defendant.

JUDGMENT IN A CIVIL CASE

17-cv-951-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff Jesse M. Howe's failure to state a claim.

/s/

Peter Oppeneer, Clerk of Court

2/5/2018

Date